

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,192-03

### EX PARTE MORRIS LANDON JOHNSON II, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W12645-1 IN THE 355TH DISTRICT COURT
### FROM HOOD COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of delivery of a controlled substance and sentenced to forty years' imprisonment. The Second Court of Appeals affirmed his conviction. *Johnson v. State*, No. 02-14-00411-CR (Tex. App.—Ft. Worth June 18, 2015)(not designated for publication).

Applicant's claim for pre-sentence jail time credit is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex Parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

Based on this Court's independent review of the entire record, we deny relief on all of Applicant's other claims.

Filed: March 22, 2017
Do not publish